

**Office of the New York State
Attorney General**

**Letitia James
Attorney General**

August 21, 2025

**By ECF**
Hon. Nelson S. Román
United States District Judge
Southern District of New York
300 Quarropas Street, Chambers 218
White Plains, New York 10601-4150

      Re:    *Averhart v. Annucci et al.*, No. 21 Civ. 383(NSR)

Dear Judge Román:

The Office of the New York State Attorney General ("OAG") represents Defendants Anthony Annucci, Mark Parker, Lindsy Osouna, and Clarence R. Neely ("Defendants") in the above-referenced case. I write in response to the Court's Order, dated August 18, 2025 (*See* ECF No. 101), that directed Defendants to "file a letter in response to Plaintiff's request."

Defendants do not oppose the Plaintiff's Letter-Motoin on behalf of Syderia Peck, Administrator of Plaintiff's estate, seeking substitution as Plaintiff under Federal Rule of Civil Procedure 25. (*See* ECF No. 100).

It should be noted that Defendants currently have a pending motion to dismiss, filed on August 5, 2021 (*See* ECF No. 61-62, 64), to which Plaintiff filed a Memorandum in Opposition on August 9, 2021 (*See* ECF No. 66).

I thank the Court for its attention to this matter.

        Respectfully submitted,

    By: _____
        MAURICE NWIKPO-OPPONG, ESQ.
        Assistant Attorney General
        212-416-6097
        Maurice.Nwikpo-Oppong@ag.ny.gov

CC:    Parties of record (via ECF)