USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 09/09/2025



**Office of the New York State Attorney General**

**Letitia James**
**Attorney General**

August 21, 2025

**MEMO ENDORSED**

**By ECF**
Hon. Nelson S. Román
United States District Judge
Southern District of New York
300 Quarropas Street, Chambers 218
White Plains, New York 10601-4150

Re:   *Averhart v. Annucci et al.*, No. 21 Civ. 383(NSR)

Dear Judge Román:

The Office of the New York State Attorney General ("OAG") represents Defendants Anthony Annucci, Mark Parker, Lindsy Osouna, and Clarence R. Neely ("Defendants") in the above-referenced case. I write in response to the Court's Order, dated August 18, 2025 (*See* ECF No. 101), that directed Defendants to "file a letter in response to Plaintiff's request."

Defendants do not oppose the Plaintiff's Letter-Motoin on behalf of Syderia Peck, Administrator of Plaintiff's estate, seeking substitution as Plaintiff under Federal Rule of Civil Procedure 25. (*See* ECF No. 100).

It should be noted that Defendants currently have a pending motion to dismiss, filed on August 5, 2021 (*See* ECF No. 61-62, 64), to which Plaintiff filed a Memorandum in Opposition on August 9, 2021 (*See* ECF No. 66).

I thank the Court for its attention to this matter.

Respectfully submitted,

By:   Maurice K. Nwikpo-Oppong

MAURICE NWIKPO-OPPONG, ESQ.
Assistant Attorney General
212-416-6097
Maurice.Nwikpo-Oppong@ag.ny.gov

**The Court GRANTS the unopposed request made by the administrator of initial Plaintiff's Averhart's estate, Syderia Peck, to be substituted as Plaintiff and VACATES the stay on the instant case. (*See* ECF No. 100.) The Court will rule on the fully briefed motion to dismiss filed on August 5, 2021 (ECF No. 61), which had been stayed pending proceedings in Surrogate's Court, in due course. The Court respectfully directs the Clerk of Court to remove the stay flag on ECF.**

SO ORDERED:

**Dated: September 9, 2025**
**White Plains, New York**

HON. NELSON S. ROMAN
UNITED STATES DISTRICT JUDGE

CC:   Parties of record (via ECF)

Litigation Bureau | 28 Liberty Street, New York NY 10005
212-416-8610 | ag.ny.gov